CHAIM EITCHES v. NEW YORK EYE AND EAR INFIRMARY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE BOARD OF EDUCATION OF THE CITY OF NEW YORK to the Use and Benefit of GRINNELL COMPANY, INC., etc., v. ROBERT W. BAYLOR, Impleaded with STANDARD SURETY & CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of ANNA BURDAK PFENNING and MARY S. BURDAK, to Revoke, Vacate, Set Aside and Annul a Decree of the Surrogate's Court, New York County, Dated February 3, 1938, etc., Appointing JAMES F. EGAN, etc., as Administrator, etc., of WARILY BURDAK, Deceased, etc. JAMES F. EGAN, Public Administrator of New York County, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND v. CITY CHEMICAL CORP. and AKATOS, INC.— Motion for leave to reargue appeals from orders entered on August 13, 1941, and September 3, 1941, and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOHN FAISON, As Administrator, etc., of PENDAR FAISON, Also Known as FRANK FAISON, Deceased, v. CLARENCE F. SEWARD.— Motion for leave to reargue appeal from judgment entered March 3, 1941, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARTOL PRODUCTS CORPORATION v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of HENRY V. D. BLACK and KATHARINE B. JONES, Executors, etc., of JOHN V. BLACK, Deceased. HENRY V. D. BLACK and Another; BANKERS TRUST COMPANY, Trustee; DOROTHY BLACK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

JOSEPH F. CHUDOBA and Others v. JOHN W. GREEN, as National President, etc., and Another, Impleaded with PHILIP H. VANGELDER, as Secretary-Treasurer of Industrial Union of Marine and Shipbuilding Workers of America, and Another. — Motion for leave to reargue appeal from orders entered September 26, 1941, or for a resettlement of order of this court entered November 10, 1941 [ante, p. 703], denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MANUFACTURERS TRUST COMPANY v. MARY ELIZABETH WHITE MILLER.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 1016.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUISE FELTER TOROK v. THE TEACHERS' RETIREMENT BOARD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.